**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**New Orleans Division**

| | | |
|---|---|---|
| **BERTHA TORBOR** | * | **CIVIL ACTION NO. 10-4299** |
| **Plaintiff** | * | |
| | * | **SECTION "   " (   )** |
| **versus** | * | |
| | * | |
| **ST. ANTHONY NURSING HOME, INC.** | * | |
| **d/b/a ST. ANTHONY HEALTHCARE** | * | |
| **AND REHABILITATION CENTER** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**COMPLAINT**</u>

The Complaint of Bertha Torbor ("Torbor" or "Plaintiff") respectfully represents:

**JURISDICTION**

**1.**

This is an action for declaratory and other equitable and legal relief based on the defendant's

violations of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, *et seq.,* which

prohibits discrimination in employment on the basis of age.  The Court has jurisdiction under 29

U.S.C. § 626 and 28 U.S.C. §§ 1331, 1332 and 1337.

**PARTIES**

**2.**

Plaintiff is a person of the age of majority and a citizen of Louisiana, residing in the Eastern

District of Louisiana.

1

**3.**

St. Anthony Nursing Center, Inc., d/b/a St. Anthony Healthcare and Rehabilitation Center

("Center" or "defendant") is a domestic corporation authorized to do, and doing, business in this

judicial district, within the State of Louisiana, that is engaged in an industry affecting commerce and

employing at least 15 employees, that formerly employed Plaintiff.

**VENUE**

**4.**

Venue lies in this Court under 28 U.S.C. § 1391 as defendant resides within the Eastern

District of Louisiana.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**5.**

Plaintiff filed, with the New Orleans Regional Office of the Equal Employment Opportunity

Commission ("EEOC"), Charge of Discrimination ("Charge") No. 461-2008-01361, against the

Center after her unlawful termination from employment on April 15, 2008, after more than 29 years

of exemplary service, charging defendant with unlawful age discrimination in connection with

Plaintiff's termination.

**6.**

By Notice dated August 12, 2010, which she received on August 16, 2010, Plaintiff was

notified by the EEOC of her right to file a civil action against defendant.

**7.**

The lawsuit has been timely filed within 90 days of Plaintiff's receipt of the EEOC's right-to-sue notice.

## FACTUAL ALLEGATIONS

### 8.

Plaintiff reavers, and incorporates herein by reference, *in globo* and *in extenso*, the factual allegations contained in her Charge filed with the EEOC, to wit: she was replaced by a younger individual with less seniority, experience and training, who had a number of disciplinary actions taken by defendant against him, while Plaintiff had no such discipline actions, and had significantly more seniority, experience and training.  Further, Plaintiff was told that her younger replacement was more qualified because he was state-certified, but in reality that rationale is a pretext, as Plaintiff is also state-certified.

### 9.

Due to defendant's unlawful and discriminatory actions, Plaintiff was unlawfully terminated due to her age.

**10.**

The ADEA prohibits discrimination in the terms of or conditions of employment on the basis of age.

**11.**

Defendant's actions towards Plaintiff, as alleged in this Complaint, were intentional and undertaken with malice or reckless indifference, retaliatory and/or motivated by age and constitute violations of the ADEA.

**12.**

As a result of defendant's actions, Plaintiff has sustained mental anguish, emotional distress and upset, grief, aggravation, loss of enjoyment of life, physical pain and suffering, and is entitled to compensatory damages.

**13.**

As a result of defendant's actions, Plaintiff has suffered economic damages, including but not limited to past, present and future lost wages, benefits and other emollients of employment, as well as a loss of earning capacity, in an amount to be calculated.

**14.**

Plaintiff reavers and incorporates herein by reference, *in globo* and *in extenso,* the allegations contained in paragraphs 1-13 of this Complaint as if they were set forth in full.

**15.**

Defendant unlawfully terminated Plaintiff from employment due to her age, and thus violated the ADEA.

**WHEREFORE** Plaintiffs pray that, after due proceedings, there be judgment in her favor and against the Center:

(1)     declaring that the actions of defendant violated plaintiff's rights under the ADEA;

(2)     awarding such equitable and legal relief to which the law and facts entitle plaintiff, including but not limited to backpay; frontpay or reinstatement; lost benefits; reimbursement of all out-of-pocket expenses; compensatory damages under the ADEA; pre- and post-judgment interest; reasonable attorney's fees; costs; and such other legal and equitable relief that may be just and proper under the premises.

Respectfully submitted,


_____/s/ John O. Pieksen, Jr._____
John O. Pieksen, Jr.  (La. # 21023)
JOHN PIEKSEN & ASSOCIATES, APLC
829 Baronne Street, New Orleans,  LA  70113
Office: 504/581-9322; Facsimile: 504/324-4844
jpieksen@cox.net
**Attorney for Plaintiff, Bertha Torbor**

Plaintiff will issue a Notice of
Lawsuit and Request for Waiver
of Citation and Acceptance of
Service

5